**LAW OFFICES OF MICHAEL D. KWASIGROCH**
MICHAEL D. KWASIGROCH Esq.  Bar No. 134227
1975 ROYAL AVE SUITE NO. 4
Simi Valley, California 93065
(805) 522-1800

Attorney for Karen Khacheryan

FILED & ENTERED

APR 21 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

UNITED STATES BANKRUTPCY COURT

CENTRAL DISTRICT OF CALIFORNIA

*SAN FERNANDO VALLEY DIVISION*

| | |
|---|---|
| In RE<br><br>KAREN KHACHERYAN,<br><br>*Debtor.* | Case no. **1:24-bk-11736-MB**<br><br>*Chapter 7*<br><br>Adv. no. **1:24-ap-01066-MB**<br><br>**ORDER DISMISSING ADVERSARY WITHOUT PREJUDICE** |
| ADVERSARY ACTION<br>KAREN KHACHERYAN,<br><br>Plaintiff,<br><br>VS.<br><br>PENNYMAC LOAN SERVICES, TRUSTEE CORPS, and does 1-20,<br><br>*Defendants.* | |

ORDER

Pursuant to *Plaintiff's Request for Dismissal Without Prejudice (adv. dkt. 10),* this adversary is dismissed without prejudice.

###

Date: April 21, 2025

Martin R Barash
United States Bankruptcy Judge